NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LONZA WALKERSVILLE, INC., OCTANE BIOTECH INC.,**

*Plaintiffs-Appellees*

v.

**ADVA BIOTECHNOLOGY LTD.,**

*Defendant-Appellant*

---

2022-1490

---

Appeal from the United States District Court for the District of Maryland in No. 8:20-cv-03099-PX, Judge Paula Xinis.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

May 24, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** May 24, 2022